**Order entered March 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01079-CV

### ANNE JANAI AND NEBO & FINCH, INC., Appellants

### V.

### SANFORD ROSE ASSOCIATES INTERNATIONAL, INC., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05695-2016**

## ORDER

Appellants filed a brief on February 12, 2019. By letter dated March 11, 2019, the Court notified appellants their brief was deficient and instructed them to file an amended brief within ten days correcting the three noted deficiencies. Before the Court is appellants' March 14, 2019 objection to this Court's letter and, alternative request for clarification.

We **GRANT** appellants' alternative request for clarification. An appellant's brief must contain a statement of the case that concisely states the nature of the case, the course of proceedings, and the trial court's disposition of the case. TEX. R. APP. P. 38.1(d). The statement of the case must be supported by record references and it should seldom exceed one-half page. *Id.* In appellants' brief, the statement of the case is supported by record references. However, it

exceeds five pages in length and consists of a chronological listing of pleadings filed, the judgment, notice of appeal, and request for the clerk's record.

The remaining two deficiencies noted in this Court's March 11 letter concern the absence of citations to the record in the statement of facts and argument sections of appellants' brief. *See id*. 38.1(g), (j). In those sections, appellants cite only to the appendix attached to the brief. The appendix is not part of the record before this Court. Because a reporter's record was not filed, citations should be to the clerk's record filed in this Court.

Appellants shall file, by **March 25, 2019**, an amended brief correcting the above-noted deficiencies.

Appellee's brief shall be filed by April 24, 2019.

/s/    KEN MOLBERG
          JUSTICE